UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

    v.

STANFORD UNIVERSITY MEDICAL CENTER, et al.,

    Defendants.
_____/

No. C 07-0871 PJH

**ORDER DENYING REQUEST FOR ADDITIONAL TIME TO RESPOND TO MOTION TO DISMISS**

On June 20, 2007, and again on June 22, 2007, plaintiff filed requests to continue the case management conference and what appeared to be requests for additional time to respond to defendants' pending motion to dismiss. On June 25, 2007, the court issued an order vacating the case management conference. The court also denied the request for additional time to oppose defendants' motion, on the basis that the motion as noticed allowed plaintiff until July 5, 2007, to file his opposition – more than four weeks after the motion was filed. The court found that four weeks was sufficient time, and that plaintiff had not established any good cause for his request for additional time.

On June 29, 2007, plaintiff filed another request for additional time to oppose the motion. In this request, he states that he requires time to obtain documents from a file in a San Francisco Superior Court case in which a Superior Court judge, the Hon. David A. Garcia, issued an order declaring plaintiff a vexatious litigant. Defendants included a copy of the order as an exhibit to the Declaration of Stephanie B. Bradshaw in support of the motion to dismiss. Defendants cited to the order as support for their argument that plaintiff,

while proceeding pro se, is nevertheless an experienced "litigator." Plaintiff claims that the signature on the order is not Judge Garcia's.

The basis for defendants' motion to dismiss is their assertion that plaintiff failed to obtain a right-to-sue letter from the Equal Employment Opportunity Commission prior to filing the present action (and also failed to file an administrative charge with the EEOC). For this reason, defendants argue that the court has no subject matter jurisdiction over plaintiff's Title VII complaint.

In order to oppose the motion, plaintiff need only provide proof that he received a right-to-sue letter from the EEOC. The question whether the San Francisco Superior Court did or did not declare plaintiff a vexatious litigant is not relevant to the question whether plaintiff exhausted his administrative remedies before filing the present action. Accordingly, the court finds that plaintiff has not provided any good cause for his request. The due-date for the opposition remains July 5, 2007.

**IT IS SO ORDERED.**

Dated: July 2, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge